```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                  EASTERN DISTRICT OF VIRGINIA

                       Alexandria Division
```

TAIWAN DAVIDSON CAMERON,       )
                               )
    Petitioner,               )
                               )
        v.                    )    CRIMINAL NO. 1:06cr343
                               )    CIVIL NO. 1:07cv1268
UNITED STATES OF AMERICA,      )
                               )
    Respondent.               )

## **O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Petitioner Taiwan Davidson Cameron's Motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence is DENIED;

(2) Petitioner shall have sixty (60) days from the date of entry of this Order to file a notice of appeal; and

(3) the Clerk of the Court shall forward copies of this Order and accompanying Memorandum Opinion to all counsel of record and to Petitioner, *pro se*.

THIS ORDER IS FINAL.

May 5, 2008                  _____/s/_____
Alexandria, Virginia                James C. Cacheris
                             UNITED STATES DISTRICT COURT JUDGE